IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of MKB CONSTRUCTORS, a Washington partnership,<br><br>                      Plaintiff,<br><br>  vs.<br><br>COLASKA, INC., d/b/a Quality Asphalt Paving, an Alaska corporation, et al.,<br><br>                      Defendants. | No. 3:10-cv-0274-HRH |

O R D E R

Case Dismissed

Based on the stipulation of the parties,[1] the court hereby orders:

    1.   Plaintiff's complaint and all compulsory counterclaims are dismissed with prejudice and without an award of costs or fees to any party.

    2.   The bond of Liberty Mutual Insurance Company of Maryland, No. 014046569.8911350, is fully discharged.

    3.   The bond of Zurich American Insurance, No. 014046569/.8911350, is fully discharged.

---

[1] Docket No. 29.

ORDER – Case Dismissed                                                     - 1 -

4. The attached letter agreement of the parties is approved.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>4th</u> day of December, 2012.

<u>/s/ H. Russel Holland</u>
United States District Judge

ORDER – Case Dismissed                                                    - 2 -

Case 3:10-cv-00274-HRH   Document 30   Filed 12/04/12   Page 2 of 2